# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| FARM BUREAU MUTUAL INSURANCE, COMPANY OF MICHIGAN, a Michigan Corporation, a/s/o New Flevo Dairy, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>CNH INDUSTRIAL AMERICA, LLC d/b/a CNH INDUSTRIAL AMERICA, LLC D/B/A NEW HOLLAND AGRICULTURE, a Wisconsin Corporation,<br><br>Defendant. | ) Case No. 17-cv-14044<br>)<br>) Judge Bernard A. Friedman<br>) Magistrate Judge Elizabeth A.<br>) Stafford |

_____

**INDEX OF EXHIBITS TO DEFENDANT'S MOTION TO EXCLUDE OPINIONS OF PLAINTIFF'S EXPERT JERRY DAHL, P.E.**

| **EXHIBIT** | **DESCRIPTION** |
|---|---|
| 1. | Dahl Rule 26 Report |
| 2. | Dahl Deposition |
| 3. | Bernal Deposition |
| 4. | Wilson Rule 26 Report |

220656833.1