# EXHIBIT 3

```
 1                 UNITED STATES DISTRICT COURT

 2            FOR THE EASTERN DISTRICT OF MICHIGAN

 3

 4   FARM BUREAU MUTUAL INSURANCE

 5   COMPANY OF MICHIGAN, a Michigan

 6   Corporation, a/s/o New Flevo Dairy, Inc.,

 7           Plaintiff,

 8   v                                  Case No. 2:17-cv-14044

 9                                      HON. BERNARD A. FRIEDMAN

10   CNH INDUSTRIAL AMERICA, LLC d/b/a

11   NEW HOLLAND AGRICULTURE, a Wisconsin

12   Corporation,

13           Defendant.

14

15                         /

16

17       The Deposition of ALFREDO BERNAL,

18       Taken at 9717 Forrister Road,

19       Adrian, Michigan 40221,

20       Commencing at 11:51 a.m.,

21       Tuesday, July 31, 2018

22       Before Diane H. Draugelis, CER-2530.

23

24

25
```

BERNAL, ALFREDO
07/31/2018
Page 23

| | | |
|---|---|---|
| 1 | | like, oh, wow, this is really dirty when you went to |
| 2 | | clean it. |
| 3 | A. | No, not really.  I mean I just always clean it, you |
| 4 | | know. |
| 5 | Q. | Okay.  So he doesn't remember one way or the other? |
| 6 | A. | It wasn't dirty dirty, but I just always clean it. |
| 7 | | Like if they were to send me right now to go to use a |
| 8 | | tractor right now, I'd clean it.  And even if someone |
| 9 | | else came and brought it in, they checked, they totally |
| 10 | | checked it, I still like to check it myself. |
| 11 | Q. | Besides this fire that we're here to talk about, have |
| 12 | | you witnessed any other fires on Flevo Dairy Farm? |
| 13 | A. | The only one I can remember is that one.  I can't |
| 14 | | really remember any other ones. |
| 15 | Q. | Let's go ahead and talk about what you saw.  Tell me |
| 16 | | when you first noticed that something was wrong. |
| 17 | A. | I got the smell of plastic inside of the cabin. |
| 18 | Q. | Okay.  What did you notice next? |
| 19 | A. | So I basically I got out and, you know, it smelled like |
| 20 | | it's burning, something is burning, and then I got back |
| 21 | | in and I smelled like more something was burning and |
| 22 | | then I just parked it. |
| 23 | Q. | When you got out the first time to check, did you see |
| 24 | | any smoke? |
| 25 | A. | Not the first time, I didn't see any smoke.  I didn't |

MIdeps@uslegalsupport.com
Ann Arbor | Detroit | Flint | Jackson

U. S. LEGAL SUPPORT
Bingham Farms/Southfield | Grand Rapids

Phone: 888.644.8080
Lansing | Mt. Clemens | Saginaw | Troy

| | | |
|---|---|---|
| 1 | | know. I just -- my equipment was normal. You know, |
| 2 | | like sometimes when a car is just having a smell? But |
| 3 | | when I got back in, then it was like real strong. But |
| 4 | | once I stopped to park it, I mean it didn't take long |
| 5 | | for it to catch on fire. |
| 6 | Q. | When you first smelled the plastic smell in the cabin, |
| 7 | | was everything else working normally? Did you lose |
| 8 | | power? |
| 9 | A. | Everything was working fine, was working normal. |
| 10 | Q. | And then after you got out, then you got back in and it |
| 11 | | smelled worse? |
| 12 | A. | So once I got back in the smell was a lot stronger, so |
| 13 | | I just -- I pulled it over and then I got back out and |
| 14 | | I looked at it, but by the time I got out and I got |
| 15 | | around to looking at it, there was no time to take |
| 16 | | anything off because it just basically just caught |
| 17 | | fire. |
| 18 | Q. | Where did you see smoke or flames first? |
| 19 | A. | Little bit of smoke. There was a lot of smoke -- I'm |
| 20 | | sorry -- came out. |
| 21 | Q. | Okay. Where was the smoke coming from? |
| 22 | A. | The right side. Where I showed you where that thing |
| 23 | | was where the filter was underneath. |
| 24 | Q. | Can you put an X where the smoke was coming from on |
| 25 | | Exhibit 13? |