**In the Matter Of:**

**FARM BUREAU MUTUAL INSURANCE OF MI vs CNH INDUSTRIAL AMERICA, LLC**

**ALFREDO BERNAL**

July 31, 2018

*Prepared for you by*



**Bingham Farms/Southfield • Grand Rapids**
Ann Arbor • Detroit • Flint • Jackson • Lansing • Mt. Clemens • Saginaw • Troy

BERNAL, ALFREDO
07/31/2018                                                                    Pages 1–4

**Page 1**

```
 1              UNITED STATES DISTRICT COURT
 2          FOR THE EASTERN DISTRICT OF MICHIGAN
 3
 4   FARM BUREAU MUTUAL INSURANCE
 5   COMPANY OF MICHIGAN, a Michigan
 6   Corporation, a/s/o New Flevo Dairy, Inc.,
 7         Plaintiff,
 8   v                          Case No. 2:17-cv-14044
 9                              HON. BERNARD A. FRIEDMAN
10   CNH INDUSTRIAL AMERICA, LLC d/b/a
11   NEW HOLLAND AGRICULTURE, a Wisconsin
12   Corporation,
13         Defendant.
14
15                              /
16
17      The Deposition of ALFREDO BERNAL,
18      Taken at 9717 Forrister Road,
19      Adrian, Michigan 40221,
20      Commencing at 11:51 a.m.,
21      Tuesday, July 31, 2018
22      Before Diane H. Draugelis, CER-2530.
23
24
25
```

**Page 2**

```
 1   APPEARANCES:
 2   JON V. CORETTI
 3   Coretti Law Firm, PLLC
 4   3333 Evergreen, NE
 5   Suite 200
 6   Grand Rapids, Michigan 49525
 7   616.292.0001
 8   jcoretti@corettilaw.com
 9      Appearing on behalf of the Plaintiff.
10
11   JESSICA J. WILLIAMS SCHNELKER
12   Frost Brown Todd, LLC
13   201 North Illinois Street
14   Suite 1900
15   Indianapolis, Indiana 46204
16   317.237.3248
17   jschnelker@fbtlaw.com
18      Appearing on behalf of the Defendant.
19   ALSO PRESENT:
20   Arno Schot
21   Lisa Schot
22   Fehmi Wasin, Interpreter
23
24
25
```

**Page 3**

```
 1                 TABLE OF CONTENTS
 2
 3   WITNESS                                     PAGE
 4   ALFREDO BERNAL
 5
 6   EXAMINATION
 7   BY MS. SCHNELKER:                             4
 8   BY MR. CORETTI:                              31
 9
10
11                     EXHIBITS
12
13   EXHIBIT                                     PAGE
14   (Exhibits attached to transcript.)
15
16   DEPOSITION EXHIBIT 13                        14
17   DEPOSITION EXHIBIT 14                        34
18
19
20
21
22
23
24
25
```

**Page 4**

```
 1   Adrian, Michigan
 2   Tuesday, July 31, 2018
 3   11:51 a.m.
 4
 5              FEHMI WASIN
 6   was first duly sworn to accurately interpret English to
 7   Spanish and Spanish to English:
 8              ALFREDO BERNAL
 9   was thereupon called as a witness herein, and after
10   having first been duly sworn to testify to the truth,
11   the whole truth, and nothing but the truth, was
12   examined and testified as follows:
13              EXAMINATION
14   BY MS. SCHNELKER:
15   Q.  My name is Jessica Schnelker.  I represent CNH
16       Industrial America, LLC.  Can you go ahead and state
17       your full name and spell your last name for us?
18   A.  My name is Alfredo Bernal.  A-l-f-r-e-d-o.
19       B-e-r-n-a-l.
20          INTERPRETER:  His last name.  He spelled his
21       first name as well.
22          MS. SCHNELKER:  Okay.
23   BY MS. SCHNELKER:
24   Q.  All right.  I'm here today to ask you some questions
25       about a September 30th, 2015 fire involving a T8
```

Page 5

1  tractor.  Do you remember that fire?
2  A.  A little bit.
3  Q.  Have you ever given a deposition before?
4  A.  No.
5  Q.  Just some basic ground rules.  It's important that you
6      do what you're already doing, which is giving verbal
7      responses.  And then if he needs to take a break for
8      any reason, let me know that.  And then if you don't
9      understand a question that I've asked, please let me
10     know that so that I can rephrase it for you.  Does that
11     sound good?
12 A.  Yes.
13 Q.  Is there any reason that you wouldn't be able to give
14     truthful and complete answers today?
15 A.  Not really, no.
16 Q.  Any medications or alcohol that would impair your
17     ability to testify?
18 A.  No.
19 Q.  What did you do to prepare for today?
20 A.  I woke up early, I brought my lunch, and I started
21     working this morning.
22 Q.  Okay.  Fair enough.  Did you look at any documents
23     concerning this fire?
24 A.  They gave me some papers, but I don't know what they
25     said.

Page 6

1  Q.  Okay.  Who gave you some papers?
2  A.  It was like yesterday, the day before when they brought
3      me paperwork.
4  Q.  Who brought you paperwork?
5  A.  I really don't remember.  I was fixing some doors and
6      they gave me some paperwork and said that they were
7      going to ask me some questions about it, but I didn't
8      get a chance to --
9          MS. SCHNELKER:  The process server?
10         MR. CORETTI:  The dep notice.
11         INTERPRETER:  I was just doing work and
12     stuff, so I really don't know.
13 BY SCHNELKER:
14 Q.  Okay.  Did you look at any photographs of the fire
15     before you came?
16 A.  No.
17 Q.  Did you meet with anybody at Burnips?
18 A.  No, not that I remember.
19 Q.  Did you talk to Arno, Jake or Lisa about your
20     deposition?
21 A.  They just told me that someone was going to come, but I
22     didn't ask about why.
23 Q.  Did you talk with anybody at the fire department?
24 A.  No.
25 Q.  What is your date of birth?

Page 7

1  A.  25th of May of '54 -- I'm sorry -- '74.
2  Q.  What is your highest education level?
3  A.  Sixth grade.
4  Q.  And what is your work history?
5  A.  I got about 10 years or more working here at this farm.
6      I've worked before that in landscaping and
7      manufacturing.
8  Q.  Do you have any technical training?
9  A.  What I've learned I've just basically learned on site.
10     I don't have any formal.
11 Q.  In terms of operating pieces of farm equipment, is all
12     of your training on site?
13 A.  No, I knew how to do that in Mexico.  In Mexico I used
14     to drive tractors.  That's where I learned how to do
15     all this stuff.
16 Q.  All right.  How many years --
17 A.  Here things are just a little bit more new, but it's
18     basically all the same stuff.
19 Q.  How many years of experience do you have operating
20     pieces of farm equipment, including your time in
21     Mexico?
22 A.  When I was in Mexico I started 11, 12 years old.  I
23     worked on the farms driving tractors.
24 Q.  So between your 10 years here at Flevo Dairy, plus your
25     work in Mexico, how many total years, approximately?

Page 8

1  A.  Has to be more than 25 years on a tractor, on driving
2      it, using it and all that stuff.
3  Q.  Okay.  So he has 25 years of experience operating a
4      tractor?
5  A.  Over 25 years.
6  Q.  Over 25 years of experience operating tractors?
7  A.  Yes.
8  Q.  What type of work does he do at Flevo Dairy Farm?
9  A.  I do a little bit of everything.
10 Q.  Can you describe to me what a little bit of everything
11     is?
12 A.  I do doors, I check the tractors, make sure their oil
13     levels are up, I do all kinds of maintenance outside,
14     wherever it's needed.  I just do everything that I need
15     to do.
16 Q.  In terms of performing maintenance on tractors, how
17     often do you do that in an average week?
18 A.  Regularly, it's about once a week, or if they take them
19     out of the farm then you've got to check them before
20     they go out, check the oil, the water, everything, that
21     the filters are good, check the air filters and stuff.
22 Q.  Were you involved in any way in deciding to purchase
23     this tractor?
24 A.  No.
25 Q.  Do you remember when this tractor was purchased?

Page 9
1  A.  I really don't remember.
2  Q.  Do you remember whether New Flevo Dairy had this
3      tractor for over a year before the fire?
4  A.  I think it was maybe half a year.  I mean it was pretty
5      much new.
6  Q.  Were you involved in maintaining the tractor while it
7      was here?
8  A.  So whoever uses the tractor, whoever is on the tractor,
9      they have to always check the oil levels and make sure
10     everything is good with the tractor because it's the
11     responsibility of each worker to check the tractors
12     before they get on and off.  So whenever you get on the
13     tractor, you know, you have to take responsibility for
14     yourself, so you have to check and make sure the
15     tractors are all up and good before you get on and when
16     you get off.
17 Q.  Okay.  How did you learn to do that?
18 A.  My father taught me in Mexico before you get on any
19     type of farm equipment or any heavy machinery you have
20     to make sure that you're able to run it, everything is
21     working properly so you can take care of yourself.
22 Q.  Do other employees at New Flevo Dairy do the same
23     things that you do?
24 A.  I mean the majority of them that I see, when they get
25     on and off I see them do it, and then when they take it

Page 10
1      to the shop, they've got to, you know, make sure it's
2      good when they take it and bring it back.
3  Q.  Did you ever work with Burnips on any repairs or
4      maintenance on this tractor?
5  A.  No.
6  Q.  Does he remember or do you remember -- I'm sorry -- do
7      you remember whether this tractor was taken to Burnips
8      at any point in time?
9  A.  I think maybe twice.  I don't know, maybe two or three.
10     Exactly, I'm not sure of it.  Two or three times maybe.
11 Q.  Do you remember what issues the tractor was having?
12 A.  I really don't know what problem it had.  My job was to
13     take it there and bring it back.
14 Q.  You don't remember anything being wrong with it in
15     particular?
16 A.  No.
17 Q.  Do you remember who else besides you would have
18     operated the tractor?
19 A.  Here basically it's just everybody, like, you know,
20     once you get done with the tractor, if somebody else
21     has to go do something on the tractor, then they'll go
22     do something on the tractor.  You can't really keep
23     track of who all that gets on and off of it.  Pretty
24     much everybody gets on it.
25 Q.  We talked about the white boards that they use in the

Page 11
1      shop.  Is there any other way that you keep track of
2      the tractor's maintenance and clock rate time?
3  A.  Every so many hours you change the oil, we change the
4      filters, the air filters, so every so many hours they
5      change the hydraulic filters, the air filters and then
6      the diesel filters.
7  Q.  How do you keep track of that?
8  A.  There's something that -- then on the tractor there's
9      something that shows the hours, and then on the
10     blackboard, or the chalkboard or whatever --
11 Q.  The white board?
12 A.  The white board.  We'll absolutely change it.  We'll
13     put the date and time and what we did, the last change.
14     Sometimes we'll do it before the hours that it's
15     supposed to.
16 Q.  Did you know anything about the warranty that was with
17     the tractor?
18 A.  No, I really don't.
19 Q.  Did anybody here provide you with the operator's manual
20     for the tractor?
21 A.  The manuals are all in the shop that we have here for
22     all the tractors.
23 Q.  Did you ever need to look at the manual for any reason?
24 A.  When the lights come on we'll go check and see what the
25     lights are for, or, you know, if someone already has

Page 12
1      checked those lights, then we'll just ask them what
2      date it was on.
3  Q.  Did you ever read or did anybody ever tell you about
4      the safety provisions in the operator's manual for fire
5      prevention?
6  A.  I had a coworker that used to help me interpret the
7      manuals and to read them for me, but she's no longer
8      here.
9  Q.  Do you know whether the operator's manual talked about
10     fire prevention by removing crop debris?
11         INTERPRETER:  Take off what?
12         MS. SCHNELKER:  Crop debris, removing crop
13     debris.
14         INTERPRETER:  They did say that they try to
15     maintain it clean because anything that can get hot for
16     too long can catch fire, so, you know, we know to do
17     that.  You have to wash all the tractors, you have to
18     maintain everything, you have to get all the crop
19     debris out and the dirt; everything out.
20 BY MS. SCHNELKER:
21 Q.  And that's because crop debris around hot components
22     can be a fire hazard?
23 A.  Yeah, because if anything that's flammable that can
24     catch fire around hot stuff can catch fire.
25 Q.  What type of hot components need to be cleaned around?

BERNAL, ALFREDO
07/31/2018
Pages 13–16

Page 13

1  A.  We just clean everything; everything.  We clean around
2      everything.  We just maintain clean.
3  Q.  What about the engine?
4  A.  Yeah, you have to clean it off, and we always make sure
5      that it's clean, that there's no pieces of corn or
6      anything like that under it because all that stuff can
7      catch fire easily.
8  Q.  What about around the exhaust?
9  A.  Everything we clean, everything.  We go under it and we
10     get everything clean.  Under the cab, we clean
11     everything.
12 Q.  What about between the SCR and the fuel tank?  Did you
13     clean that?
14 A.  That's where we always check.  That's where we normally
15     always check.  That's where a lot of stuff can get
16     caught, and then it gets really hot around there, so --
17 Q.  Do you have to remove any shields or covers in order to
18     clean that?
19 A.  You don't really have to take the shields off to get
20     all around it to get it clean.  But the shields will be
21     changed, like if they grab or break or anything, then
22     we change them.
23          MS. SCHNELKER:  I'm going to mark this as 13.
24     This is just an exemplar of a T8 tractor.
25          MARKED FOR IDENTIFICATION

Page 14

1          DEPOSITION EXHIBIT 13
2          12:15 P.M.
3  BY MS. SCHNELKER:
4  Q.  Do you see down here on the ground one of the shields
5      that's been removed?
6  A.  Yeah, at the bottom.  Well, we take them out just to be
7      prepared and then we put them back on.
8  Q.  Okay.  Do you take the shield that's been removed in
9      Exhibit 13 off to clean the tractor?
10 A.  It's taken off and the shield protector is cleaned and
11     then it's put back on.
12 Q.  What about that SCR cover here, is that ever removed?
13 A.  Yeah, there's a filter there, so we have to take that
14     off to clean.  It gets like air cleaned.
15 Q.  With an air compressor?
16 A.  Yes.
17 Q.  Is that something that you did before the fire in
18     September of 2015?
19 A.  It's done all the time, every time before you take it
20     out to work and when you bring it back.  When you're
21     done with it, it's also done again.
22 Q.  I just want to make sure that I understand.  You remove
23     the cover in Exhibit 13 as well as the SCR cover so
24     that you can clean between the fuel tank and the SCR?
25 A.  Yes.  Yeah, because the bottom part, there's a lot of

Page 15

1      stuff that accumulates there and there's trouble
2      cleaning and it just a hard time.
3  Q.  Hard time what?
4          INTERPRETER:  He said -- oh, I'm sorry.
5          So you got to clean it because a lot of stuff
6      is accumulating because it will slow, like it will
7      cause it to where it will be flammable.  That's the
8      part of the tractor that's always hot, so we've got to
9      try to make sure it's clear.
10 BY MS. SCHNELKER:
11 Q.  I understand you were operating the tractor on the date
12     of the incident; right?
13 A.  Yes.
14 Q.  Do you remember removing both this cover in Exhibit 13,
15     as well as the SCR cover to clean that area before you
16     operated the tractor?
17 A.  I just took off the filter from the top.
18 Q.  Can you circle what filter you took off?  Can you use
19     this marker to circle?
20 A.  Yeah, I took that.  That's what I took off to clean
21     before I went to work, but not the shield.  It's just
22     that sometimes, and most of the time when it's brought
23     in they clean it before, you know, when they're done
24     with it, and so the shield part didn't need to be
25     cleaned, but I removed the, whatever, this part.

Page 16

1  Q.  So you would have removed the shield part that's on the
2      ground?
3  A.  So the shield on the bottom would be removed when
4      you're going to clean the motor and the whole system
5      underneath.
6  Q.  Okay.  And then the shield that's in the square, was
7      that removed?
8  A.  And that is every single time, the one that's in the
9      square.  And the radiator, you got to make sure it's
10     got water in it.
11 Q.  And how do you get that, the shield that's in the
12     square, how do you remove that?
13 A.  They have some screws that are on there that you take
14     them off.
15 Q.  Set screws?
16 A.  The screws come out.
17 Q.  How many screws are there?
18 A.  It just depends on the tractor, but most of the time
19     it's about four.
20 Q.  So you remove the screws, you take off the shield, you
21     clean and then you put it back on?
22 A.  Yes, I put it back on.  So whenever you do it, you got
23     to clean that.  That's the main thing.  That's one of
24     the main things that everybody cleans whenever they go
25     in and out -- or on or off.  I'm sorry.

Page 17

1  Sometimes, you know, if the hose can get
2  behind it, then you can air it out like that. Then
3  you'll want to take off the top.
4  Q. As long as it's clean?
5  A. So before they had a smaller air machines, but now the
6  machines are a lot better, so now they have a bigger
7  air machine. But if you can get it in with the air
8  hose and everything comes out, you don't have to take
9  it off. But if there's stuff still in it when you blow
10 the air, then you've got to take off the top and make
11 sure everything was done.
12 Q. And do you remember whether you used the air hose or
13 you removed this shield in Exhibit 13, the square
14 shield, on the day of the incident?
15 A. I don't remember.
16 Q. But you do recall cleaning out the area between the
17 fuel tank and the SCR?
18 A. Yeah, those filters, yeah, and the radiator, also.
19 Q. How long would that take to do that cleaning that you
20 described removing both of the covers?
21 A. Not that much. I mean it's done pretty quickly.
22 Q. Less than five minutes?
23 A. Five to 10 minutes, somewhere in that range. It just
24 all depends on if you have to wait on somebody else is
25 using the air hose.

Page 18

1  Q. Do you keep tools in the shop that allow you to remove
2  both of these covers?
3  A. Yes. There's stuff that you need, everything you need
4  to work.
5  Q. Do you agree it sounds like that it's the operator's
6  job to do that work?
7  A. Yeah, just with everybody, it's like with any other
8  shop. I can't speak for everybody, but for myself, I
9  do all the work that I need to do when I get on the
10 machines.
11 Q. Does any type of crop generate more debris than others?
12 A. Repeat the question?
13 Q. Sure. Is there any time you ever have to clean it off
14 more than before and after if like a certain crop
15 generates more debris?
16 A. I mean it all comes out almost the same. It's just you
17 just got to make sure everything is clean. It's
18 everybody's job to make sure it's checked, but as far
19 as it goes, it's all about the same. The thing about
20 the corn is when you're going to get corn, you have to
21 take it out like almost right away, probably two or
22 three times a day because there's a lot of stuff that
23 gets in there from corn. So when you're working with
24 the corn you really have to be on top of it as far as
25 getting the stuff out.

Page 19

1  Q. Does sometimes that require you to get out of the
2  tractor and clean it off when you're out in the fields?
3  A. Normally we work with the corn, we'll take the
4  compressors out to the field.
5  Q. So you take the compressor in the shop out to the field
6  so you can blow it off?
7  A. There's one that's in the shop and we also have a
8  mobile one that we can move around. That's what they
9  take out to the fields so when we have to clean it we
10 can just -- that's for -- it's for all the tractors and
11 trucks.
12 Q. Do you recall having to use the mobile air compressor
13 on the date of the incident?
14 A. No. The day the tractor caught on fire we were tilling
15 the ground, so I just had left so it might have been
16 two hours or an hour using it before it caught on fire.
17 Q. When you till the fields -- well, let me back up. This
18 was a corn field you were tilling?
19 A. Yeah, everything was already moved out. It was just I
20 was just re-tilling the ground.
21 Q. Does that work generate a lot of debris?
22 A. Not really. It's just a lot of dust. It's just dirt,
23 it's not -- it's really basically when you do that is
24 just washing it afterwards.
25 Q. Did you operate this tractor at all in the week leading

Page 20

1  up to the fire?
2  A. No, I was working on other tractors. So it's not like
3  you're on the same tractor all the time. If you get a
4  different job, you can be on a different tractor. It
5  just depends. It was just my bad luck.
6  Q. Other than removing the shields that morning to clean,
7  do you remember checking out anything else?
8  A. I checked the oil, I checked the transmission fluid,
9  the motor oil, make sure that it had diesel in it.
10 Q. Did you clean underneath the hood?
11 A. You lift up the hood and you clean the motor.
12 Q. What underneath the hood did you clean?
13 A. Before you go out you just lift the hood and then blow
14 off the motor and blow off the radiator.
15 Q. Do you remember whether there was any debris on any of
16 those places when you cleaned it?
17 A. I mean I really -- it wasn't very dirty.
18 Q. It wasn't very dirty, but you went ahead and cleaned
19 it?
20 A. Even if it's not dirty, you know, just to be secure you
21 should always do that, so I always do it.
22 Q. Do you remember whether there was any debris between
23 the SCR and the fuel tank?
24 A. Like what?
25 Q. Any type of crop debris in there?

Page 21

1  A.  No.
2  Q.  So there was no crop debris in there when you cleaned
3      it?
4  A.  No, it was clean.
5  Q.  And then you cleaned it again?
6  A.  I clean it anyways.  Well, just basically when I do it,
7      I don't think care if it is, you know, I just always do
8      it.  I'll just, you know, blow the air through it and
9      make sure it's got its oils and everything.
10 Q.  Do you recall whether there was any debris that morning
11     that you had to clean out around any of the other
12     exhaust components?
13 A.  Basically, you just clean it.  I just always do it, so
14     for me it's always normal so I clean it.
15 Q.  I guess I'm asking if you remember in particular saying
16     like, oh, wow, this is really dirty when you went to
17     clean it.
18 A.  No, not really.  I mean I just always clean it, you
19     know.
20 Q.  Okay.  So he doesn't remember one way or the other?
21 A.  It wasn't dirty dirty, but I just always clean it.
22     Like if they were to send me right now to go to use a
23     tractor right now, I'd clean it.  And even if someone
24     else came and brought it in, they checked, they totally
25     checked it, I still like to check it myself.

Page 22

1  Q.  Besides this fire that we're here to talk about, have
2      you witnessed any other fires on Flevo Dairy Farm?
3  A.  The only one I can remember is that one.  I can't
4      really remember any other ones.
5  Q.  Let's go ahead and talk about what you saw.  Tell me
6      when you first noticed that something was wrong.
7  A.  I got the smell of plastic inside of the cabin.
8  Q.  Okay.  What did you notice next?
9  A.  So I basically I got out and, you know, it smelled like
10     it's burning, something is burning, and then I got back
11     in and I smelled like more something was burning and
12     then I just parked it.
13 Q.  When you got out the first time to check, did you see
14     any smoke?
15 A.  Not the first time, I didn't see any smoke.  I didn't
16     know.  I just -- my equipment was normal.  You know,
17     like sometimes when a car is just having a smell?  But
18     when I got back in, then it was like real strong.  But
19     once I stopped to park it, I mean it didn't take long
20     for it to catch on fire.
21 Q.  When you first smelled the plastic smell in the cabin,
22     was everything else working normally?  Did you lose
23     power?
24 A.  Everything was working fine, was working normal.
25 Q.  And then after you got out, then you got back in and it

Page 23

1      smelled worse?
2  A.  So once I got back in the smell was a lot stronger, so
3      I just -- I pulled it over and then I got back out and
4      I looked at it, but by the time I got out and I got
5      around to looking at it, there was no time to take
6      anything off because it just basically just caught
7      fire.
8  Q.  Where did you see smoke or flames first?
9  A.  Little bit of smoke.  There was a lot of smoke -- I'm
10     sorry -- came out.
11 Q.  Okay.  Where was the smoke coming from?
12 A.  The right side.  Where I showed you where that thing
13     was where the filter was underneath.
14 Q.  Can you put an X where the smoke was coming from on
15     Exhibit 13?
16 A.  It was this part right here, but it was underneath.  It
17     was there, under.  I mean I don't know exactly where it
18     came from.  It was in that area, but it was coming from
19     underneath, so I didn't really get to look at it.
20 Q.  Where this X is right here?
21 A.  So it wasn't where the X is like on the picture.  It
22     was underneath where that X would be.  So it wasn't on
23     the side.  I can't tell you where that X is is exactly
24     where it was because you can't really see where it was.
25 Q.  So this is where you see the smoke coming from, but the

Page 24

1      fire was coming from underneath?
2  A.  No, it was underneath where the smoke was coming from.
3  Q.  Like underneath the tractor?
4  A.  Yes, like right underneath the cabin.
5  Q.  Right underneath the cabin?
6  A.  Yes.
7  Q.  By the exhaust or somewhere else?
8  A.  Like more inside the muffler.
9  Q.  Inside the muffler?
10 A.  This is the muffler.  This tube that goes out.
11 Q.  Yeah.
12 A.  I don't know if it was the muffler that maybe got the
13     cables hot or I'm not sure.
14 Q.  Do you think it was more under here next to where the
15     shield is down on the floor?
16 A.  Really, I can't tell you exactly.  I just know it was
17     coming from underneath the tractor.  The smell was very
18     different than something smelling like a leaf or some
19     kind of debris was burning.  It smelled like burning
20     plastic.  It was a very different smell.
21 Q.  So it smelled more like plastic than like leaves or
22     debris, organic material?
23 A.  It was just pure plastic.
24 Q.  Pure plastic?  Okay.  Was it coming from more towards
25     the hood in the front of the cab?

BERNAL, ALFREDO
07/31/2018
Pages 25–28

Page 25

1  A.  From underneath the cab. I don't know where it was,
2      but I know it was underneath the cab. I just can't
3      tell you exactly where it was. If I had a phone or
4      something, I would take a picture.
5  Q.  Fair enough. Did you try to do anything once you saw
6      it was on fire?
7  A.  It was pretty fast, so once we got there with the
8      extinguisher, it was already done. It was just a few
9      seconds and then it was just pure plastic, so it just
10     caught fast.
11 Q.  When you realized it was on fire was anybody there?
12     Did you contact anyone?
13 A.  No, I told them. I told them to come bring the
14     extinguisher and stuff. By the time they got there it
15     was --
16 Q.  Who did you call?
17 A.  I called the supervisors. I called the boss.
18 Q.  Did you do that like on a radio or a cell phone?
19 A.  On a normal phone.
20 Q.  So you had your cell phone there?
21 A.  Yeah, it was one of those small flip phones, didn't
22     have a camera. I just use it to work.
23 Q.  And who did you contact? Did you contact Jake?
24 A.  He got here.
25 Q.  Arno?

Page 26

1  A.  But it was already -- it just caught fire fast.
2  Q.  Do you remember who arrived first, whether it was Jake
3      or Arno?
4  A.  Jake.
5  Q.  ==Did Jake try to do anything when he got there? Try to==
6      ==move the tractor?==
7  A.  ==I can't really remember. I got off to the side and I==
8      ==just can't remember. I can't tell you if he moved it==
9      ==or not. I really don't know.==
10 Q.  When you first saw the smoke, do you remember what
11     color it was?
12 A.  No.
13 Q.  Do you remember whether -- what color the smoke was as
14     the fire progressed?
15 A.  I mean I'd have to say black. You know, I'm not -- I
16     really don't remember the smoke color.
17 Q.  Do you remember --
18 A.  Once it caught on fire, I came to the shop.
19 Q.  Do you remember where you first saw the flames coming
20     from?
21 A.  From underneath the cabin.
22 Q.  Do you remember the weather conditions, what they were
23     like that day?
24 A.  It wasn't too hot. I would say maybe it was cloudy.
25 Q.  You don't remember?

Page 27

1  A.  I mean it wasn't too hot because it was early in the
2      morning, but I really can't remember.
3  Q.  Did anybody at Burnips ever talk to you about filling
4      out a fire report?
5  A.  I don't remember.
6  Q.  Did you ever talk to anyone named Tyler Mills that you
7      remember?
8  A.  I don't remember.
9  Q.  What about Jason Mills?
10 A.  I mean I really don't know. I'm not much help. Sorry.
11     I don't know.
12 Q.  Do you remember an electrical controller repair
13     performed the day before this accident?
14 A.  I don't remember. Couldn't tell you.
15 Q.  Do you remember what was wrong with the electrical
16     controller?
17 A.  Electrical?
18 Q.  Electrical controller.
19 A.  I don't know.
20 Q.  Who asked you to do the work that you were doing that
21     day?
22 A.  Supervisor just asked me to do it. It's not the same
23     person that tells you what to do, so I don't know.
24 Q.  You don't remember who told you?
25 A.  No, I don't remember.

Page 28

1  Q.  Before you started smelling the plastic, do you
2      remember anything being wrong with the tractor?
3  A.  No, the tractor didn't show anything, no lights.
4  Q.  It was working completely normally?
5  A.  When I got it, even when it was starting to burn, like
6      nothing showed up on the lights or anything. I just
7      smelled it.
8  Q.  Do you still operate T8 tractors now?
9  A.  Right now I'm just inside the shop doing maintenance
10     stuff.
11 Q.  Okay. You said you were using the tractor for about an
12     hour or two before you started to smell plastic?
13 A.  Yes.
14 Q.  Do you remember any fluids or liquids coming out of the
15     tractor when it started burning?
16 A.  No; tractor was normal. Checked it.
17 Q.  No fluids or liquids after it started burning?
18 A.  The liquid started coming out once the tank caught on
19     fire, but the tractor didn't have any leaks or anything
20     prior to the fire.
21 Q.  Do you remember anything about the wind that day?
22 A.  No.
23 Q.  Did you have anything in the tractor that burned? Any
24     personal items?
25 A.  No.

Page 29

1  Q. Were you injured at all?
2  A. No.
3  Q. Do you have an opinion about what happened during the
4     fire?
5  A. I don't really have an opinion, no.
6  Q. An opinion about what caused it to happen?
7  A. I mean to me it was just the smell of the plastic,
8     that's all I have. I checked it.
9  Q. Do you think this was a debris fire?
10 A. What do you mean?
11 Q. Meaning that debris caught fire.
12 A. No. It's very different the smell that you smell when
13    debris catches fire as opposed to some plastic.
14 Q. Have you smelled a debris fire before?
15 A. It's just very different like when you smell the car
16    catches fire or leaves catch fire. It's just very
17    different.
18 Q. Have you ever been near a piece of a equipment involved
19    in a debris fire that you know of?
20 A. Yes, I have.
21 Q. And that smell is different than what you smelled?
22 A. Very, very different from what I smelled.
23 Q. Did you take any photos or videos of the fire or the
24    fire damage?
25 A. No, I just had that flip phone. If I would have had a

Page 30

1     phone, I would have did it.
2  Q. Fair; fair. I'm going to show you Exhibit 12 here.
3     You see these first five pages in Exhibit 12? Do those
4     accurately depict the damage as you saw it after the
5     fire?
6  A. Yeah, that's how it looked.
7  Q. And then I'm going to show you the pictures behind
8     those first five pages. Does that accurately show the
9     pictures of the tractor as it was burning?
10 A. There was -- it was already starting to go down, the
11    fire, starting --
12 Q. The fire was dying out in these photos?
13 A. Yes.
14          (Off the record at 12:53 p.m.)
15          (Back on the record at 12:55 p.m.)
16 BY MS. SCHNELKER:
17 Q. When you got out of the cab the first time when you
18    smelled the plastic, did you turn off the cab -- or I'm
19    sorry -- turn off the tractor?
20 A. Yes.
21 Q. Did you ever turn it back on after that?
22 A. No. I really don't remember exactly.
23 Q. But as far as sitting here today, you don't recall
24    getting back in and turning on the tractor? Or he just
25    doesn't remember one way or the other?

Page 31

1  A. I mean I remember that I turned it off. I don't
2     remember --
3  Q. Don't remember turning it back on?
4  A. I don't -- I'm sorry. I don't remember.
5  Q. Do you look at the white board before you get into the
6     tractor?
7  A. All the time I check.
8  Q. Do you remember checking the white board on that
9     morning?
10 A. I mean I always check every time I leave, so --
11 Q. Was there anything that you needed to do based off of
12    reviewing the white board?
13 A. I mean just check the hours and stuff.
14 Q. Do you remember whether you had to perform any
15    maintenance based off of the hours?
16 A. No, I don't know.
17       MS. SCHNELKER: I'm going to go ahead and
18    pass while I review.
19              EXAMINATION
20 BY MR. CORETTI:
21 Q. Alfredo, Arno testified that after the fire this panel
22    that covers the SCR has been removed from the tractors
23    and they don't keep it on there at this time; is that
24    correct?
25 A. No, right now we're not using them.

Page 32

1  Q. That panel is off the tractors?
2  A. Yes, because they said it gets hot.
3  Q. So does that allow you to clean out behind the exhaust
4     pipes and everything better?
5  A. Yeah, it makes it easier to clean out now.
6  Q. To clean out the debris?
7  A. Everything. Everything that's underneath the cab and
8     everything. I mean it's easier to clean stuff now that
9     the shields are off.
10 Q. And prior to the fire were you guys instructed by Arno
11    to regularly remove that shield and to clean it?
12 A. No, that's just what I would do normally to clean. You
13    have to take it off so that you can get behind it, and
14    then you take it off, you clean it.
15 Q. You have to use tools to remove it though; correct?
16 A. Sometimes you can take them off with like keys or, you
17    know, sometimes they just snap on.
18 Q. Does this one remove with just a pen, or a key or do
19    you have to use a tool?
20 A. That one has like a second turn on the plastic.
21 Q. On the panel that's been removed, that one just has a
22    turn or are you talking about the filter?
23 A. No. Those have like some kind of thing that has a
24    wrench. You just turn them and take them off.
25 Q. Now, do you have to use any -- well, strike that.

Page 33

```
 1            Do you think your memory is better today than
 2       it was a couple days after the fire?
 3    A. I mean that was a long time ago.  It was like three
 4       years ago.  As far as memory, you got a lot of stuff
 5       coming in and out of your mind.  I have so much stuff
 6       that I do here to remember back three years.
 7    Q. Do you remember meeting with a Bill Wilson a few days
 8       after the fire who was investigating the fire?
 9    A. People came.  I know the people came, but I don't
10       remember who came.
11    Q. He was a white-haired gentleman; do you remember him?
12    A. I don't remember.
13    Q. I'm going to show you a photograph.  Do you recognize
14       that area on the tractor?
15            MS. SCHNELKER:  Can we mark that?
16            MR. CORETTI:  Yeah, I'm going to mark it in a
17       second.
18            INTERPRETER:  The tank is there, and then
19       that's the tube for the muffler.
20            MS. SCHNELKER:  Can we mark that as 14?
21            INTERPRETER:  And then that's where the air
22       goes.
23            MR. CORETTI:  All right.  I'm going to mark
24       this as Exhibit 14.
25            MARKED FOR IDENTIFICATION
```

Page 34

```
 1            DEPOSITION EXHIBIT 14
 2            1:01 P.M.
 3    BY MR. CORETTI:
 4    Q. When you first saw fire and smoke under the tractor,
 5       was it coming out of this area?
 6    A. From underneath that, underneath the cab.
 7    Q. What do you mean, underneath the cab?  When you say
 8       underneath the cab --
 9            MS. SCHNELKER:  Can we use the one that's
10       been marked 13?
11            INTERPRETER:  So it would be here at this
12       part, but underneath, like in there.
13            Okay.  So he said I said it backward.  I
14       apologize.
15            It's coming from inside of this, but from
16       under here, somewhere around here, so it would be
17       around -- but from the inside underneath.
18            MS. SCHNELKER:  Underneath the cab?
19            THE WITNESS:  Uh-huh.
20    BY MR. CORETTI:
21    Q. So we have this opening here.  Was there smoke coming
22       out of the opening?
23    A. So here all you can see was smoke coming out from here.
24            MS. SCHNELKER:  In Exhibit 14?
25            INTERPRETER:  All I could see was the smoke
```

Page 35

```
 1       leaving, just coming out of there.
 2    BY MR. CORETTI:
 3    Q. Well, I'm going to give you a pen.  Can you circle
 4       where you saw the smoke?
 5    A. It doesn't matter.  I mean smoke came out of everywhere
 6       because it was from underneath.  It was underneath and
 7       smoke was coming from all sides.  It wasn't just one
 8       side.  It was coming out from everywhere.
 9    Q. Okay.  So when you got out of the cab and went around,
10       the whole tractor was basically engulfed in smoke?
11    A. All around.  I mean I just got out, I turned it off and
12       I walked around it, that was it.
13    Q. Okay.
14    A. I mean it just smells like -- it's very different what
15       I smelled because it smelled like burning plastic as
16       well as something that was organically burning.
17    Q. Well, if something organically is burning and then
18       starts melting the plastic, you're going to smell the
19       melting plastic; correct?
20            MS. SCHNELKER:  Object to form.
21            INTERPRETER:  The leaves, like if some kind
22       of debris or leaves were burning, it would go out
23       before the plastic would actually catch fire.
24    BY MR. CORETTI:
25    Q. Is it fair to say the first thing you smelled was
```

Page 36

```
 1       burning plastic?
 2    A. It was just pure plastic is all I smelled.  I can tell
 3       you that I know what plastic sells like when it's
 4       burning and I know what leaves smell like when it's
 5       burning, the debris.
 6    Q. How many people did you talk to after the fire?
 7    A. Just people here from work.
 8    Q. Other than people from the farm, who did you talk to
 9       about this fire?
10    A. Nobody else.  I mean nobody that I can remember.  It's
11       been a long time.  I don't like going around telling
12       all my business.
13    Q. Did you talk to anybody from the insurance company?
14    A. There was a lot of people that came, but I don't know
15       who they were, if it was insurance.  But I mean they'll
16       tell me, you know, some people are going to come ask
17       you questions about the job.
18    Q. All right.  And you testified that after you stopped
19       the tractor you didn't move it again; is that correct?
20    A. No, I didn't move it.
21    Q. Did Jake Schot move the tractor?
22    A. I mean I couldn't tell you.  I don't remember.  I mean
23       it's not like I don't want to tell you,
24    Q. Say what?  Say again?
25    A. It's not like I don't want to tell you, I just -- I
```

Page 37

1   don't remember.
2   Q.  You don't really remember a lot of this?
3           MS. SCHNELKER: Object to form.
4           INTERPRETER: I mean after the tractor was
5   charred and he got there, I mean I just went off to the
6   side.  I really couldn't remember anything.
7   BY MR. CORETTI:
8   Q.  Did you operate the tractor the day before the fire?
9   A.  No.
10  Q.  Do you know who did?
11  A.  No, I couldn't tell you.
12          MR. CORETTI: I have nothing further.
13          MS. SCHNELKER: You're all done.  You get the
14  option of reviewing your deposition transcript as she's
15  typed it up and then signing it or you can waive and
16  you never have to see it again.
17          INTERPRETER: I would like to read it.
18          MS. SCHNELKER: Okay.  That's fine.
19          INTERPRETER: I just want to see exactly what
20  it is that I'm saying.
21          MR. SCHNELKER: That's absolutely fine.  You
22  have every right to do so.  We just need an address so
23  that she can send it to you.
24          INTERPRETER: 1142 Lansing Street, Lot 42, in
25  Adrian, Michigan 49221.

Page 38

1           MS. SCHNELKER: And then it will just have a
2   time frame that you have to review it and sign it and
3   send it back.  It's usually like 30 days.
4           (The deposition concluded at 1:08 p.m.)

Page 39

1                   CERTIFICATE OF NOTARY
2   STATE OF MICHIGAN )
3                     ) SS
4   COUNTY OF WAYNE   )
5
6           I, DIANE H. DRAUGELIS, certify that this
7   deposition was taken before me on the date
8   hereinbefore set forth; that the foregoing
9   questions and answers were recorded electronically
10  and transcribed by me; that this is a true, full,
11  and correct transcript of my recording so taken;
12  and that I am not related to, nor of counsel to,
13  either party nor interested in the event of this
14  cause.
15
16
17
18
19
20
21          *Diane H. Draugelis*
22              DIANE H. DRAUGELIS, CER-2530
23                   Notary Public,
24              Oakland County, Michigan.
25   My Commission expires:  December 12, 2022

BERNAL, ALFREDO
07/31/2018                                                                                              Page Index: 10..covers

### 1

**10**  7:5,24 17:23
**11**  7:22
**1142**  37:24
**11:51**  4:3
**12**  7:22 30:2,3
**12:15**  14:2
**12:53**  30:14
**12:55**  30:15
**13**  13:23 14:1,9,23 15:14 17:13 23:15 34:10
**14**  33:20,24 34:1,24
**1:01**  34:2
**1:08**  38:4

### 2

**2015**  4:25 14:18
**2018**  4:2
**25**  8:1,3,5,6
**25th**  7:1

### 3

**30**  38:3
**30th**  4:25
**31**  4:2

### 4

**42**  37:24
**49221**  37:25

### 5

**54**  7:1

### 7

**74**  7:1

### A

**A-L-F-R-E-D-O**  4:18
**a.m.**  4:3
**ability**  5:17
**absolutely**  11:12 37:21
**accident**  27:13
**accumulates**  15:1
**accumulating**  15:6
**accurately**  4:6 30:4,8
**address**  37:22
**Adrian**  4:1 37:25
**agree**  18:5
**ahead**  4:16 20:18 22:5 31:17
**air**  8:21 11:4,5 14:14,15 17:2,5,7, 10,12,25 19:12 21:8 33:21
**alcohol**  5:16
**Alfredo**  4:8,18 31:21
**America**  4:16
**answers**  5:14
**apologize**  34:14
**approximately**  7:25
**area**  15:15 17:16 23:18 33:14 34:5
**Arno**  6:19 25:25 26:3 31:21 32:10
**arrived**  26:2
**average**  8:17

### B

**B-E-R-N-A-L**  4:19
**back**  10:2,13 14:7, 11,20 16:21,22 19:17 22:10,18,25 23:2,3 30:15,21,24 31:3 33:6 38:3
**backward**  34:13
**bad**  20:5
**based**  31:11,15
**basic**  5:5
**basically**  7:9,18 10:19 19:23 21:6,13 22:9 23:6 35:10
**Bernal**  4:8,18
**bigger**  17:6
**Bill**  33:7
**birth**  6:25
**bit**  5:2 7:17 8:9,10 23:9
**black**  26:15
**blackboard**  11:10
**blow**  17:9 19:6 20:13,14 21:8
**board**  11:11,12 31:5,8,12
**boards**  10:25
**boss**  25:17
**bottom**  14:6,25 16:3
**break**  5:7 13:21
**bring**  10:2,13 14:20 25:13
**brought**  5:20 6:2,4 15:22 21:24
**burn**  28:5
**burned**  28:23
**burning**  22:10,11 24:19 28:15,17 30:9 35:15,16,17,22 36:1, 4,5

**Burnips**  6:17 10:3,7 27:3
**business**  36:12

### C

**cab**  13:10 24:25 25:1,2 30:17,18 32:7 34:6,7,8,18 35:9
**cabin**  22:7,21 24:4,5 26:21
**cables**  24:13
**call**  25:16
**called**  4:9 25:17
**camera**  25:22
**car**  22:17 29:15
**care**  9:21 21:7
**catch**  12:16,24 13:7 22:20 29:16 35:23
**catches**  29:13,16
**caught**  13:16 19:14, 16 23:6 25:10 26:1, 18 28:18 29:11
**caused**  29:6
**cell**  25:18,20
**chalkboard**  11:10
**chance**  6:8
**change**  11:3,5,12, 13 13:22
**changed**  13:21
**charred**  37:5
**check**  8:12,19,20,21 9:9,11,14 11:24 13:14,15 21:25 22:13 31:7,10,13
**checked**  12:1 18:18 20:8 21:24,25 28:16 29:8
**checking**  20:7 31:8
**circle**  15:18,19 35:3
**clean**  12:15 13:1,2, 4,5,9,10,13,18,20 14:9,14,24 15:5,15,

20,23 16:4,21,23 17:4 18:13,17 19:2,9 20:6,10,11,12 21:4, 6,11,13,14,17,18,21, 23 32:3,5,6,8,11,12, 14
**cleaned**  12:25 14:10,14 15:25 20:16,18 21:2,5
**cleaning**  15:2 17:16,19
**cleans**  16:24
**clear**  15:9
**clock**  11:2
**cloudy**  26:24
**CNH**  4:15
**color**  26:11,13,16
**company**  36:13
**complete**  5:14
**completely**  28:4
**components**  12:21, 25 21:12
**compressor**  14:15 19:5,12
**compressors**  19:4
**concluded**  38:4
**conditions**  26:22
**contact**  25:12,23
**controller**  27:12,16, 18
**CORETTI**  6:10 31:20 33:16,23 34:3, 20 35:2,24 37:7,12
**corn**  13:5 18:20,23, 24 19:3,18
**correct**  31:24 32:15 35:19 36:19
**couple**  33:2
**cover**  14:12,23 15:14,15
**covers**  13:17 17:20 18:2 31:22

BERNAL, ALFREDO
07/31/2018                                                                                  Page Index: coworker..knew

coworker 12:6
crop 12:10,12,18,21 18:11,14 20:25 21:2

**D**

Dairy 7:24 8:8 9:2, 22 22:2
damage 29:24 30:4
date 6:25 11:13 12:2 15:11 19:13
day 6:2 17:14 18:22 19:14 26:23 27:13, 21 28:21 37:8
days 33:2,7 38:3
debris 12:10,12,13, 19,21 18:11,15 19:21 20:15,22,25 21:2,10 24:19,22 29:9,11,13,14,19 32:6 35:22 36:5
deciding 8:22
dep 6:10
department 6:23
depends 16:18 17:24 20:5
depict 30:4
deposition 5:3 6:20 14:1 34:1 37:14 38:4
describe 8:10
diesel 11:6 20:9
dirt 12:19 19:22
dirty 20:17,18,20 21:16,21
documents 5:22
doors 6:5 8:12
drive 7:14
driving 7:23 8:1
duly 4:6,10
dust 19:22
dying 30:12

**E**

early 5:20 27:1
easier 32:5,8
easily 13:7
education 7:2
electrical 27:12,15, 17,18
employees 9:22
engine 13:3
English 4:6,7
engulfed 35:10
equipment 7:11,20 9:19 22:16 29:18
everybody's 18:18
EXAMINATION 4:13 31:19
examined 4:12
exemplar 13:24
exhaust 13:8 21:12 24:7 32:3
Exhibit 14:1,9,23 15:14 17:13 23:15 30:2,3 33:24 34:1,24
experience 7:19 8:3,6
extinguisher 25:8, 14

**F**

fair 5:22 25:5 30:2 35:25
farm 7:5,11,20 8:8, 19 9:19 22:2 36:8
farms 7:23
fast 25:7,10 26:1
father 9:18
FEHMI 4:5
field 19:4,5,18

fields 19:2,9,17
filling 27:3
filter 14:13 15:17,18 23:13 32:22
filters 8:21 11:4,5,6 17:18
fine 22:24 37:18,21
fire 4:25 5:1,23 6:14, 23 9:3 12:4,10,16, 22,24 13:7 14:17 19:14,16 20:1 22:1, 20 23:7 24:1 25:6,11 26:1,14,18 27:4 28:19,20 29:4,9,11, 13,14,16,19,23,24 30:5,11,12 31:21 32:10 33:2,8 34:4 35:23 36:6,9 37:8
fires 22:2
fixing 6:5
flames 23:8 26:19
flammable 12:23 15:7
Flevo 7:24 8:8 9:2, 22 22:2
flip 25:21 29:25
floor 24:15
fluid 20:8
fluids 28:14,17
form 35:20 37:3
formal 7:10
frame 38:2
front 24:25
fuel 13:12 14:24 17:17 20:23
full 4:17

**G**

gave 5:24 6:1,6
generate 18:11 19:21
generates 18:15

gentleman 33:11
get all 12:18
give 5:13 35:3
giving 5:6
good 5:11 8:21 9:10, 15 10:2
grab 13:21
grade 7:3
ground 5:5 14:4 16:2 19:15,20
guess 21:15
guys 32:10

**H**

half 9:4
happen 29:6
happened 29:3
hard 15:2,3
hazard 12:22
heavy 9:19
highest 7:2
history 7:4
hood 20:10,11,12,13 24:25
hose 17:1,8,12,25
hot 12:15,21,24,25 13:16 15:8 24:13 26:24 27:1 32:2
hour 19:16 28:12
hours 11:3,4,9,14 19:16 31:13,15
hydraulic 11:5

**I**

IDENTIFICATION 13:25 33:25
impair 5:16
important 5:5

incident 15:12 17:14 19:13
including 7:20
Industrial 4:16
injured 29:1
inside 22:7 24:8,9 28:9 34:15,17
instructed 32:10
insurance 36:13,15
interpret 4:6 12:6
INTERPRETER 4:20 6:11 12:11,14 15:4 33:18,21 34:11, 25 35:21 37:4,17,19, 24
investigating 33:8
involved 8:22 9:6 29:18
involving 4:25
issues 10:11
items 28:24

**J**

Jake 6:19 25:23 26:2,4,5 36:21
Jason 27:9
Jessica 4:15
job 10:12 18:6,18 20:4 36:17
July 4:2

**K**

key 32:18
keys 32:16
kind 24:19 32:23 35:21
kinds 8:13
knew 7:13

BERNAL, ALFREDO
07/31/2018

Page Index: landscaping..recall

**L**

**landscaping**  7:6
**Lansing**  37:24
**leading**  19:25
**leaf**  24:18
**leaks**  28:19
**learn**  9:17
**learned**  7:9,14
**leave**  31:10
**leaves**  24:21 29:16 35:21,22 36:4
**leaving**  35:1
**left**  19:15
**level**  7:2
**levels**  8:13 9:9
**lift**  20:11,13
**lights**  11:24,25 12:1 28:3,6
**liquid**  28:18
**liquids**  28:14,17
**Lisa**  6:19
**LLC**  4:16
**long**  12:16 17:4,19 22:19 33:3 36:11
**longer**  12:7
**looked**  23:4 30:6
**lose**  22:22
**lot**  13:15 14:25 15:5 17:6 18:22 19:21,22 23:2,9 33:4 36:14 37:2,24
**luck**  20:5
**lunch**  5:20

**M**

**machine**  17:7
**machinery**  9:19
**machines**  17:5,6 18:10
**main**  16:23,24
**maintain**  12:15,18 13:2
**maintaining**  9:6
**maintenance**  8:13, 16 10:4 11:2 28:9 31:15
**majority**  9:24
**make**  8:12 9:9,14,20 10:1 13:4 14:22 15:9 16:9 17:10 18:17,18 20:9 21:9
**makes**  32:5
**manual**  11:19,23 12:4,9
**manuals**  11:21 12:7
**manufacturing**  7:7
**mark**  13:23 33:15, 16,20,23
**marked**  13:25 33:25 34:10
**marker**  15:19
**material**  24:22
**matter**  35:5
**Meaning**  29:11
**medications**  5:16
**meet**  6:17
**meeting**  33:7
**melting**  35:18,19
**memory**  33:1,4
**Mexico**  7:13,21,22, 25 9:18
**Michigan**  4:1 37:25
**Mills**  27:6,9
**mind**  33:5
**minutes**  17:22,23
**mobile**  19:8,12
**morning**  5:21 20:6 21:10 27:2 31:9

**motor**  16:4 20:9,11, 14
**move**  19:8 26:6 36:19,20,21
**moved**  19:19 26:8
**muffler**  24:8,9,10,12 33:19

**N**

**named**  27:6
**needed**  8:14 31:11
**normal**  21:14 22:16, 24 25:19 28:16
**notice**  6:10 22:8
**noticed**  22:6

**O**

**Object**  35:20 37:3
**oil**  8:12,20 9:9 11:3 20:8,9
**oils**  21:9
**opening**  34:21,22
**operate**  19:25 28:8 37:8
**operated**  10:18 15:16
**operating**  7:11,19 8:3,6 15:11
**operator's**  11:19 12:4,9 18:5
**opinion**  29:3,5,6
**opposed**  29:13
**option**  37:14
**order**  13:17
**organic**  24:22
**organically**  35:16, 17

**P**

**p.m.**  14:2 30:14,15

34:2 38:4
**pages**  30:3,8
**panel**  31:21 32:1,21
**papers**  5:24 6:1
**paperwork**  6:3,4,6
**park**  22:19
**parked**  22:12
**part**  14:25 15:8,24, 25 16:1 23:16 34:12
**pass**  31:18
**pen**  32:18 35:3
**people**  33:9 36:6,7, 8,14,16
**perform**  31:14
**performed**  27:13
**performing**  8:16
**person**  27:23
**personal**  28:24
**phone**  25:3,18,19, 20 29:25 30:1
**phones**  25:21
**photograph**  33:13
**photographs**  6:14
**photos**  29:23 30:12
**picture**  23:21 25:4
**pictures**  30:7,9
**piece**  29:18
**pieces**  7:11,20 13:5
**pipes**  32:4
**places**  20:16
**plastic**  22:7,21 24:20,21,23,24 25:9 28:1,12 29:7,13 30:18 32:20 35:15, 18,19,23 36:1,2,3
**point**  10:8
**power**  22:23
**prepare**  5:19
**prepared**  14:7

**pretty**  9:4 10:23 17:21 25:7
**prevention**  12:5,10
**prior**  28:20 32:10
**problem**  10:12
**process**  6:9
**progressed**  26:14
**properly**  9:21
**protector**  14:10
**provide**  11:19
**provisions**  12:4
**pulled**  23:3
**purchase**  8:22
**purchased**  8:25
**pure**  24:23,24 25:9 36:2
**put**  11:13 14:7,11 16:21,22 23:14

**Q**

**question**  5:9 18:12
**questions**  4:24 6:7 36:17
**quickly**  17:21

**R**

**radiator**  16:9 17:18 20:14
**radio**  25:18
**range**  17:23
**rate**  11:2
**re-tilling**  19:20
**read**  12:3,7 37:17
**real**  22:18
**realized**  25:11
**reason**  5:8,13 11:23
**recall**  17:16 19:12 21:10 30:23

MIdeps@uslegalsupport.com
Ann Arbor | Detroit | Flint | Jackson

U. S. LEGAL SUPPORT
Bingham Farms/Southfield | Grand Rapids

Phone: 888.644.8080
Lansing | Mt. Clemens | Saginaw | Troy

**recognize** 33:13

**record** 30:14,15

**regularly** 8:18 32:11

**remember** 5:1 6:5, 18 8:25 9:1,2 10:6,7, 11,14,17 15:14 17:12,15 20:7,15,22 21:15,20 22:3,4 26:2,7,8,10,13,16, 17,19,22,25 27:2,5, 7,8,12,14,15,24,25 28:2,14,21 30:22,25 31:1,2,3,4,8,14 33:6, 7,10,11,12 36:10,22 37:1,2,6

**remove** 13:17 14:22 16:12,20 18:1 32:11, 15,18

**removed** 14:5,8,12 15:25 16:1,3,7 17:13 31:22 32:21

**removing** 12:10,12 15:14 17:20 20:6

**repair** 27:12

**repairs** 10:3

**Repeat** 18:12

**rephrase** 5:10

**report** 27:4

**represent** 4:15

**require** 19:1

**responses** 5:7

**responsibility** 9:11,13

**review** 31:18 38:2

**reviewing** 31:12 37:14

**rules** 5:5

**run** 9:20

---
**S**

**safety** 12:4

**Schnelker** 4:14,15,

22,23 6:9,13 12:12, 20 13:23 14:3 15:10 30:16 31:17 33:15, 20 34:9,18,24 35:20 37:3,13,18,21 38:1

**Schot** 36:21

**SCR** 13:12 14:12,23, 24 15:15 17:17 20:23 31:22

**screws** 16:13,15,16, 17,20

**seconds** 25:9

**secure** 20:20

**sells** 36:3

**send** 21:22 37:23 38:3

**September** 4:25 14:18

**server** 6:9

**Set** 16:15

**shield** 14:8,10 15:21,24 16:1,3,6, 11,20 17:13,14 24:15 32:11

**shields** 13:17,19,20 14:4 20:6 32:9

**shop** 10:1 11:1,21 18:1,8 19:5,7 26:18 28:9

**show** 28:3 30:2,7,8 33:13

**showed** 23:12 28:6

**shows** 11:9

**side** 23:12,23 26:7 35:8 37:6

**sides** 35:7

**sign** 38:2

**signing** 37:15

**single** 16:8

**site** 7:9,12

**sitting** 30:23

**Sixth** 7:3

**slow** 15:6

**small** 25:21

**smaller** 17:5

**smell** 22:7,17,21 23:2 24:17,20 28:12 29:7,12,15,21 35:18 36:4

**smelled** 22:9,11,21 23:1 24:19,21 28:7 29:14,21,22 30:18 35:15,25 36:2

**smelling** 24:18 28:1

**smells** 35:14

**smoke** 22:14,15 23:8,9,11,14,25 24:2 26:10,13,16 34:4,21, 23,25 35:4,5,7,10

**snap** 32:17

**sound** 5:11

**sounds** 18:5

**Spanish** 4:7

**speak** 18:8

**spell** 4:17

**spelled** 4:20

**square** 16:6,9,12 17:13

**started** 5:20 7:22 28:1,12,15,17,18

**starting** 28:5 30:10, 11

**starts** 35:18

**state** 4:16

**stopped** 22:19 36:18

**Street** 37:24

**strike** 32:25

**strong** 22:18

**stronger** 23:2

**stuff** 6:12 7:15,18 8:2,21 12:24 13:6,15 15:1,5 17:9 18:3,22, 25 25:14 28:10

31:13 32:8 33:4,5

**Supervisor** 27:22

**supervisors** 25:17

**supposed** 11:15

**sworn** 4:6,10

**system** 16:4

---
**T**

**T8** 4:25 13:24 28:8

**talk** 6:19,23 22:1,5 27:3,6 36:6,8,13

**talked** 10:25 12:9

**talking** 32:22

**tank** 13:12 14:24 17:17 20:23 28:18 33:18

**taught** 9:18

**technical** 7:8

**telling** 36:11

**tells** 27:23

**terms** 7:11 8:16

**testified** 4:12 31:21 36:18

**testify** 4:10 5:17

**thing** 16:23 18:19 23:12 32:23 35:25

**things** 7:17 9:23 16:24

**till** 19:17

**tilling** 19:14,18

**time** 7:20 10:8 11:2, 13 14:19 15:2,3,22 16:8,18 18:13 20:3 22:13,15 23:4,5 25:14 30:17 31:7,10, 23 33:3 36:11 38:2

**times** 10:10 18:22

**today** 4:24 5:14,19 30:23 33:1

**told** 6:21 25:13 27:24

**tool** 32:19

**tools** 18:1 32:15

**top** 15:17 17:3,10 18:24

**total** 7:25

**totally** 21:24

**track** 10:23 11:1,7

**tractor** 5:1 8:1,4,23, 25 9:3,6,8,10,13 10:4,7,11,18,20,21, 22 11:8,17,20 13:24 14:9 15:8,11,16 16:18 19:2,14,25 20:3,4 21:23 24:3,17 26:6 28:2,3,11,15, 16,19,23 30:9,19,24 31:6 33:14 34:4 35:10 36:19,21 37:4, 8

**tractor's** 11:2

**tractors** 7:14,23 8:6,12,16 9:11,15 11:22 12:17 19:10 20:2 28:8 31:22 32:1

**training** 7:8,12

**transcript** 37:14

**transmission** 20:8

**trouble** 15:1

**trucks** 19:11

**truth** 4:10,11

**truthful** 5:14

**tube** 24:10 33:19

**Tuesday** 4:2

**turn** 30:18,19,21 32:20,22,24

**turned** 31:1 35:11

**turning** 30:24 31:3

**Tyler** 27:6

**type** 8:8 9:19 12:25 18:11 20:25

**typed** 37:15

### U

**Uh-huh** 34:19

**underneath** 16:5 20:10,12 23:13,16, 19,22 24:1,2,3,4,5, 17 25:1,2 26:21 32:7 34:6,7,8,12,17,18 35:6

**understand** 5:9 14:22 15:11

### V

**verbal** 5:6

**videos** 29:23

### W

**wait** 17:24

**waive** 37:15

**walked** 35:12

**warranty** 11:16

**wash** 12:17

**washing** 19:24

**WASIN** 4:5

**water** 8:20 16:10

**weather** 26:22

**week** 8:17,18 19:25

**white** 10:25 11:11, 12 31:5,8,12

**white-haired** 33:11

**Wilson** 33:7

**wind** 28:21

**witnessed** 22:2

**woke** 5:20

**work** 6:11 7:4,25 8:8 10:3 14:20 15:21 18:4,6,9 19:3,21 25:22 27:20 36:7

**worked** 7:6,23

**worker** 9:11

**working** 5:21 7:5 9:21 18:23 20:2 22:22,24 28:4

**worse** 23:1

**wow** 21:16

**wrench** 32:24

**wrong** 10:14 22:6 27:15 28:2

### Y

**year** 9:3,4

**years** 7:5,16,19,22, 24,25 8:1,3,5,6 33:4, 6

**yesterday** 6:2